No. 919. KAMMERER *v.* NEW YORK. May 15, 1939. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Fred Kammerer, pro se.* No appearance for respondent.

No. 874. FLETCHER *v.* BOOTH ET AL. May 15, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond C. Fletcher, pro se.* No appearance for respondents.

No. 884. MORROW *v.* UNITED STATES. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Jackson,* and *Messrs. Julius C. Martin, Wilbur C. Pickett, W. Marvin Smith,* and *Fendall Marbury* for the United States.

No. 713. SAENGER ET AL. *v.* ADAM. May 15, 1939. Petition for writ of certiorari to the Court of Civil Appeals, Ninth Supreme Judicial District, of Texas, denied for the want of a final judgment. *Mr. Oliver J. Todd* for petitioners. *Mr. M. G. Adams* for respondent.

No. 861. RICEBAUM ET AL. *v.* UNITED STATES; and No. 871. MENDELSON ET AL. *v.* SAME. May 15, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR.